UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 18-cv-12150-IT |
| | * | |
| HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and BRIGID HARRINGTON, | * | |
| | * | |
| Defendants. | * | |

ORDER
November 7, 2018

TALWANI, D.J.

On October 15, 2018, Plaintiff filed his Complaint [#1] and *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order [#2]. In his motion, Plaintiff requests that he be permitted to use the pseudonym "John Doe" in this litigation. *Ex Parte* Mot. Proceed Under Pseudonym & Protective Order at 1 [#2]. Plaintiff contends that in light of the serious nature of the allegations and the potential irreparable harm to him, there exists good cause for privacy protections. Mem. Supp. Pl.'s *Ex Parte* Mot. Proceed Under Pseudonym & Protective Order at 1 [#3].

Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order [#2] is ALLOWED. Pending further order, in all filings on the public docket, all parties shall use the pseudonyms "John Doe" to identify Plaintiff and "Jane Roe" to identify the student so identified in the Complaint [#1].

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge