## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

John Doe,                                   )
          **Plaintiff,**          )               **1:18-cv-12150-IT**
      **v.**                          )
                    )
Harvard University  et al.           )
          **Defendants.**         )
_____)

### ORDER OF RECUSAL

**Kelley, M.J.**

      I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED**.

                        /s/ M. Page Kelley
                        M. Page Kelley
                        United States Magistrate Judge

Date:  January 2, 2020