UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>   v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and BRIGID HARRINGTON, in her individual and official capacity,<br><br>       Defendants. | Civil Action No. 1:18-cv-12150-IT |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND
SUMMARY JUDGMENT DEADLINES**

Defendants Harvard University and The President and Fellows of Harvard College ("Harvard"),[1] with Plaintiff's assent, request an extension of the current deadlines for the filing of summary judgment motions. In support of this Motion, Defendants respectfully state:

1. The current summary judgment briefing schedule set by the Court is as follows:

    a. Summary judgment motions due March 30, 2021;

    b. Any oppositions briefs due April 30, 2021; and

    c. Any reply briefs due May 21, 2021.

2. Defendants have worked diligently to meet these deadlines, but several issues have caused unexpected delay. These include deadlines in other litigation matters, and

---

[1] On December 5, 2018, Defendant Harvard University Board of Overseers was voluntarily dismissed as a defendant. *See* Dkt. No. 14. On May 28, 2020, the court dismissed Investigator Harrington as a defendant in this case. *See* Dkt. No. 68.

complications attendant to gathering information from a number of individuals working remotely and subject to limitations caused by the Covid-19 pandemic.

    3.    Accordingly, Defendants respectfully request that the Court adjust the briefing schedule as follows:

| Deadlines | Current Date | Proposed Date |
|---|---|---|
| Summary Judgment motions due | March 30, 2021 | April 30, 2021 |
| Opposition briefs due | April 30, 2021 | May 28, 2021 |
| Reply briefs due | May 21, 2021 | June 21, 2021 |

    4.    Defendants have not previously requested an extension regarding the foregoing deadlines.

    5.    Defendants have conferred with Plaintiff, who has indicated, through counsel, that he does not oppose the relief requested herein.

    6.    Finally, no party will be prejudiced by the Court granting the relief requested herein.

WHEREFORE, Defendants respectfully request, with Plaintiff's assent, that the Court grant this motion and adjust the deadlines as described above.

Dated: March 19, 2021

Respectfully submitted,

/s/ *Apalla U. Chopra*
Apalla U. Chopra (*pro hac vice*)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071
Telephone:	(213) 430-6000
Facsimile:	(213) 430-6407

Patrick D. McKegney (*pro hac vice*)
pmckegney@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:	(212) 326-2000
Facsimile:	(212) 326-2061

Bradley N. Garcia (*pro hac vice*)
bgarcia@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:	(202) 383-5300
Facsimile:	(202) 383-5414

Victoria L. Steinberg, BBO #666482
Joseph M. Cacace, BBO #672298
TODD & WELD LLP
One Federal Street
Boston, MA  02110
Telephone:	(617) 624-4714
Facsimile:	(617) 624-4814
vsteinberg@toddweld.com
jcacace@toddweld.com

*Attorneys for Defendants,*
*Harvard University, and The President and*
*Fellows of Harvard College*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred in good faith with counsel for Plaintiff regarding the foregoing Motion. Plaintiff, through counsel, has indicated that he assents to the relief requested in this Motion.

_____/s/ Apalla U. Chopra_____
Apalla U. Chopra

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 19, 2021.

    */s/ Apalla U. Chopra*
Apalla U. Chopra
