UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and BRIGID HARRINGTON, in her individual and official capacity,<br><br>        Defendants. | Civil Action No. 1:18-cv-12150-IT |

**JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES**

Plaintiff John Doe and Defendants Harvard University and The President and Fellows of Harvard College ("Harvard")[1] request an extension of the current deadlines for the filing of summary judgment motions. In support of this Motion, the parties respectfully state:

1. The current summary judgment briefing schedule set by the Court is as follows:

   a. Summary judgment motions due April 30, 2021;

   b. Any oppositions briefs due May 28, 2021; and

   c. Any reply briefs due June 21, 2021.

2. The parties have worked diligently to meet these deadlines, but several issues have caused unexpected delay. These include deadlines in other litigation matters, and continued

---

[1] On December 5, 2018, Defendant Harvard University Board of Overseers was voluntarily dismissed as a defendant. *See* Dkt. No. 14. On May 28, 2020, the court dismissed Investigator Harrington as a defendant in this case. *See* Dkt. No. 68.

complications attendant to gathering information from a number of individuals working remotely and subject to limitations caused by the Covid-19 pandemic.

3. Accordingly, the parties respectfully request that the Court adjust the briefing schedule as follows:

| Deadlines | Current Date | Proposed Date |
|---|---|---|
| Summary Judgment motions due | April 30, 2021 | May 14, 2021 |
| Opposition briefs due | May 28, 2021 | June 11, 2021 |
| Reply briefs due | June 21, 2021 | July 5, 2021 |

4. On March 19, 2021, the Court granted Defendants' Assented-to Motion for Extension of Time to File Summary Judgment Motions. ECF No. 83. The parties now seek a limited two-week extension to address unexpected delays that have arisen since March 19, 2021. Neither Plaintiff nor Defendants intend to seek additional extensions to the summary judgment briefing schedule.

5. Finally, no party will be prejudiced by the Court granting the relief requested herein.

WHEREFORE, the parties respectfully request that the Court grant this motion and adjust the deadlines as described above.

Dated: April 30, 2021                                    Respectfully submitted,

| | |
|---|---|
| */s/ Tara J. Davis* | */s/ Apalla U. Chopra* |
| Andrew T. Miltenberg, Esq. *(pro hac vice)* <br> Tara J. Davis, Esq.  (BBO # 675346) <br> NESENOFF & MILTENBERG, LLP <br> 363 Seventh Avenue, 5th Floor <br> New York, NY 1001 <br> (212) 736-4500 <br> amiltenberg@nmllplaw.com <br> tdavis@nmllplaw.com <br><br> *Attorneys for Plaintiff John Doe* | Apalla U. Chopra (*pro hac vice*) <br> achopra@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street <br> Los Angeles, California 90071 <br> Telephone:     (213) 430-6000 <br> Facsimile:       (213) 430-6407 <br><br> Patrick D. McKegney (*pro hac vice*) <br> pmckegney@omm.com <br> O'MELVENY & MYERS LLP <br> 7 Times Square <br> New York, NY 10036 <br> Telephone:     (212) 326-2000 <br> Facsimile:       (212) 326-2061 <br><br> Victoria L. Steinberg, BBO #666482 <br> Joseph M. Cacace, BBO #672298 <br> TODD & WELD LLP <br> One Federal Street <br> Boston, MA  02110 <br> Telephone:     (617) 624-4714 <br> Facsimile:       (617) 624-4814 <br> vsteinberg@toddweld.com <br> jcacace@toddweld.com <br><br> *Attorneys for Defendants,* <br> *President and Fellows of Harvard College,* <br> *and Harvard University Board of Overseers* |

Dated: April 30, 2021                                    Respectfully submitted,

| | |
|---|---|
| */s/ Tara J. Davis* | */s/ Apalla U. Chopra* |
| Andrew T. Miltenberg, Esq. *(pro hac vice)* <br> Tara J. Davis, Esq.  (BBO # 675346) <br> NESENOFF & MILTENBERG, LLP <br> 363 Seventh Avenue, 5th Floor <br> New York, NY 1001 <br> (212) 736-4500 <br> amiltenberg@nmllplaw.com <br> tdavis@nmllplaw.com <br><br> *Attorneys for Plaintiff John Doe* | Apalla U. Chopra (*pro hac vice*) <br> achopra@omm.com <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street <br> Los Angeles, California 90071 <br> Telephone:     (213) 430-6000 <br> Facsimile:       (213) 430-6407 <br><br> Patrick D. McKegney (*pro hac vice*) <br> pmckegney@omm.com <br> O'MELVENY & MYERS LLP <br> 7 Times Square <br> New York, NY 10036 <br> Telephone:     (212) 326-2000 <br> Facsimile:       (212) 326-2061 <br><br> Victoria L. Steinberg, BBO #666482 <br> Joseph M. Cacace, BBO #672298 <br> TODD & WELD LLP <br> One Federal Street <br> Boston, MA  02110 <br> Telephone:     (617) 624-4714 <br> Facsimile:       (617) 624-4814 <br> vsteinberg@toddweld.com <br> jcacace@toddweld.com <br><br> *Attorneys for Defendants,* <br> *President and Fellows of Harvard College,* <br> *and Harvard University Board of Overseers* |

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred in good faith with counsel for Defendants regarding the foregoing Motion. Defendants, through counsel, have joined in the Motion.

                                                     */s/ Tara Davis*
                                                   Tara Davis

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 30, 2021.

    /s/ Tara Davis
    Tara Davis