UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and BRIGID HARRINGTON, in her individual and official capacity,<br><br>        Defendants. | Civil Action No. 1:18-cv-12150-IT |

## JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES

Plaintiff John Doe and Defendants Harvard University and The President and Fellows of Harvard College ("Harvard")[1] respectfully request an extension of the current deadlines for the filing of summary judgment motions. In support of this Motion, the parties respectfully state:

1. The current summary judgment briefing schedule set by the Court is as follows:

    a. Summary judgment motions due May 14, 2021;

    b. Any oppositions briefs due June 11, 2021; and

    c. Any reply briefs due July 5, 2021.

2. The parties have worked diligently to meet these deadlines, but several issues have caused unexpected delay. The parties request an additional week for filing of summary judgment motions to accommodate counsel's schedules.

---

[1] On December 5, 2018, Defendant Harvard University Board of Overseers was voluntarily dismissed as a defendant. *See* Dkt. No. 14. On May 28, 2020, the court dismissed Investigator Harrington as a defendant in this case. *See* Dkt. No. 68.

3. Accordingly, the parties respectfully request that the Court adjust the briefing schedule as follows:

| Deadlines | Current Date | Proposed Date |
|---|---|---|
| Summary Judgment motions due | May 14, 2021 | May 21, 2021 |
| Opposition briefs due | June 11, 2021 | June 18, 2021 |
| Reply briefs due | July 5, 2021 | July 12, 2021 |

4. No party will be prejudiced by the Court granting the relief requested herein.

WHEREFORE, the parties respectfully request that the Court grant this motion and adjust the deadlines as described above.

Dated: May 14, 2021                                   Respectfully submitted,


/s/ *Tara J. Davis*                                             /s/ *Apalla U. Chopra*

Andrew T. Miltenberg, Esq. *(pro hac vice)*   Apalla U. Chopra (*pro hac vice*)
Tara J. Davis, Esq.  (BBO # 675346)              achopra@omm.com
NESENOFF & MILTENBERG, LLP                O'MELVENY & MYERS LLP
363 Seventh Avenue, 5th Floor                      400 South Hope Street
New York, NY 1001                                        Los Angeles, California 90071
(212) 736-4500                                                Telephone:     (213) 430-6000
amiltenberg@nmllplaw.com                          Facsimile:       (213) 430-6407
tdavis@nmllplaw.com

                                                                       Patrick D. McKegney (*pro hac vice*)
*Attorneys for Plaintiff John Doe*                  pmckegney@omm.com
                                                                       O'MELVENY & MYERS LLP
                                                                       7 Times Square
                                                                       New York, NY 10036
                                                                       Telephone:     (212) 326-2000
                                                                       Facsimile:       (212) 326-2061

                                                                       Victoria L. Steinberg, BBO #666482
                                                                       Joseph M. Cacace, BBO #672298
                                                                       TODD & WELD LLP
                                                                       One Federal Street
                                                                       Boston, MA  02110
                                                                       Telephone:     (617) 624-4714
                                                                       Facsimile:       (617) 624-4814
                                                                       vsteinberg@toddweld.com
                                                                       jcacace@toddweld.com

                                                                       *Attorneys for Defendants,*
                                                                       *President and Fellows of Harvard College,*
                                                                       *and Harvard University Board of Overseers*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred in good faith with counsel for Plaintiff regarding the foregoing Motion.  Plaintiff, through counsel, has joined in the Motion.

_/s/ Apalla U. Chopra_
Apalla U. Chopra

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 14, 2021.

_/s/ Apalla U. Chopra_
Apalla U. Chopra
