UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br> v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and BRIGID HARRINGTON, in her individual and official capacity,<br><br>   Defendants. | Civil Action No. 1:18-cv-12150-IT |

**STIPULATION OF DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above captioned action, that Plaintiff John Doe's Complaint against Defendants Harvard University and The President and Fellows of Harvard College[1] is hereby dismissed with prejudice, without costs or disbursements to any party against any other.

---

[1] On December 5, 2018, Defendant Harvard University Board of Overseers was voluntarily dismissed as a defendant. *See* Dkt. No. 14.  On May 28, 2020, the court dismissed Investigator Harrington as a defendant in this case.  *See* Dkt. No. 68.

1

Dated: May 21, 2021                                             Respectfully submitted,

| | |
|---|---|
| */s/ Tara J. Davis* | */s/ Apalla U. Chopra* |
| Andrew T. Miltenberg, Esq. *(pro hac vice)*<br>Tara J. Davis, Esq.  (BBO # 675346)<br>NESENOFF & MILTENBERG, LLP<br>363 Seventh Avenue, 5th Floor<br>New York, NY 1001<br>(212) 736-4500<br>amiltenberg@nmllplaw.com<br>tdavis@nmllplaw.com<br><br>*Attorneys for Plaintiff John Doe* | Apalla U. Chopra (*pro hac vice*)<br>achopra@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071<br>Telephone:     (213) 430-6000<br>Facsimile:      (213) 430-6407<br><br>Patrick D. McKegney (*pro hac vice*)<br>pmckegney@omm.com<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone:     (212) 326-2000<br>Facsimile:      (212) 326-2061<br><br>Victoria L. Steinberg, BBO #666482<br>Joseph M. Cacace, BBO #672298<br>TODD & WELD LLP<br>One Federal Street<br>Boston, MA  02110<br>Telephone:     (617) 624-4714<br>Facsimile:      (617) 624-4814<br>vsteinberg@toddweld.com<br>jcacace@toddweld.com<br><br>*Attorneys for Defendants,*<br>*President and Fellows of Harvard College,*<br>*and Harvard University* |

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 21, 2021.

                                                                             */s/ Tara J. Davis*
                                                                                Tara J. Davis