UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:18-cv-12150-IT |
| | * | |
| HARVARD UNIVERSITY, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER OF DISMISSAL

May 24, 2021

TALWANI, D.J.

Plaintiff and Defendants Harvard University and the President and Fellows of Harvard College have stipulated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal with prejudice of Plaintiff's Complaint [#1] against these Defendants, without costs or disbursements to any party; Plaintiff and Defendant Board of Overseers of Harvard College have stipulated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal without prejudice of Plaintiff's Complaint [#1] against this Defendant on the basis that the President and Fellows of Harvard College is the legal entity comprising Harvard's schools, see Stipulation of Dismissal [#14]; and this court has dismissed Plaintiff's claims against Defendant Brigid Harrington. See Memorandum & Order [#68]. Accordingly, this action is now CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge